ERIK M. SILBER (CSBN 190534)
312 North Spring Street, 13th Floor
Los Angeles, California 90012
Telephone: 213-894-2231  Facsimile:  213-894-3713
Email:  erik.silber@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>FERMOND YAP CHO,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>No. CR 17-691-JAK<br><br>**NOTICE OF MANUAL FILING<br>OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  ☑ Filed   ☐ Lodged:  (**List Documents**)

Application To File Sentencing Documents Under Seal; [Proposed] Order Sealing Sentencing Documents ; Stipulation to Continue Sentencing Under Seal; [Proposed] Order Continuing Sentencing Under Seal

**Reason:**

☑  Under Seal

☐  In Camera

☐  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐  Per Court order dated: _____

☐  Other:

April 10, 2018
_____
Date

ERIK M. SILBER
_____
Attorney Name

United States of America
_____
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*