UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>         v.<br><br>FERMOND YAP CHO,<br><br>      Defendant. | No. LA CR17-00691-JAK<br><br>**ORDER RE EX PARTE APPLICATION TO SEAL DOCUMENTS** |

     For good cause shown, IT IS HEREBY ORDERED the ex parte application is **GRANTED**. The application, stipulation, and order re stipulation shall be filed under seal.

     IT IS SO ORDERED.


DATED: April 13, 2018

                                  _____

                                  HONORABLE JOHN A. KRONSTADT<br>                                  UNITED STATES DISTRICT JUDGE